# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELKINO DAWKINS, SR., | Case No.:  2:14-cv-01778-RFB-GWF |
| Plaintiff, | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE W. FOLEY, JR.** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered March 30, 2015.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).  A party may file specific written objections to the findings and recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a).  When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b).  Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge.  Thomas v. Arn, 474 U.S. 140, 149 (1985).

. . .

1 | Pursuant to Local Rule IB 3-2(a), objections were due by April 16, 2015. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation that this action be DISMISSED with prejudice.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED and ADOPTED in full**.

**IT IS ORDERED** that the Complaint is dismissed with prejudice.

**IT IS ORDERED** that the Clerk of Court shall mail a copy of this Findings and Recommendation and Order to Plaintiff Elkino Dawkins, Sr., 702 S. 6th Avenue, Tuscon, AZ 85701.

**The Clerk shall enter judgment accordingly and close case.**

**DATED** this 21th day of May, 2015.

_____
RICHARD F. BOULWARE, II.
United States District Court Judge